**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

ROBERT JACKSON                                        :
                                                     :
VS.                                                  :        OCTOBER 28, 2025
                                                     :
WATERBURY POLICE DEPARTMENT                           :
AND OFFICER SANCHEZ

## NOTICE OF REMOVAL OF CIVIL ACTION

**TO:   The Judges of the United States District Court**
**for the District of Connecticut**

The Defendants, Waterbury Police Department and Officer Sanchez, in the case

styled Robert Jackson v. Waterbury Police Department and Officer Sanchez, Return Date,

November 18, 2025, in the Superior Court, Judicial District of Waterbury at Waterbury,

Connecticut, respectfully file this Petition of Removal to the United States District Court for

the District of Connecticut.

1.  The claims against the Defendants were initiated by the filing of Plaintiff's

Complaint in the Superior Court, Judicial District of Waterbury at Waterbury, with a Return

date, November 18, 2025. The Defendants, Waterbury Police Department and Officer

Sanchez, was purportedly served at the Waterbury Police Department on October 7, 2025. .

This Petition is brought within thirty (30) days of that service.

2.  This Court has subject matter jurisdiction of this matter pursuant the Plaintiff's

claims under Fourth Amendment of the United States Constitution and Title 42 of

the United States Code Section 1983.

(a)     The Plaintiff alleges that the actions of the Defendant, Police Officer, Sanchez, constituted an unlawful search, resulting in a false arrest and incarceration in violation of the plaintiff's rights.  All of the pleadings and orders served on the Defendant in the State Court action are attached hereto, such being only the "Complaint."

**WHEREFORE,** Petitioners pray that the above action now pending against him in the Superior Court of the State of Connecticut, in the Judicial District of Waterbury at Waterbury, be removed to this Court.

DEFENDANTS, WATERBURY POLICE
DEPARTMENT AND OFFICER SANCHEZ

BY: /s/ Joseph A. Mengacci
Joseph A. Mengacci, Special Counsel
Federal Bar Number: ct05394
Office of Corporation Counsel
235 Grand Street, 3rd Floor
Waterbury, Connecticut 06702
Phone: (203) 574-6731
Fax: (203) 574-8340
Juris No. 066300
jmengacci@waterburyct.org

## CERTIFICATE OF SERVICE

I hereby certify that on above date a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

Robert Jackson
141 Ferris Avenue, Apt#3
White Plains, NY 10603

By: /s/ Joseph A. Mengacci
Joseph A. Mengacci

F:\New Electronic Filing System\FILE MANAGEMENT\Litigation\Police\Jackson, Robert v. WPD, Sanchez L25-022\PLEADINGS